IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY KERR, | ) | CASE NO. 3:15 CV 2006 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| NEIL TURNER, | ) | |
| | ) | **REPORT &  RECOMMENDATION** |
| Defendant. | ) | |

Before me by referral[1] in this matter of Jeremy Kerr's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254[2] is a motion by Kerr for summary judgment.[3] The State has responded in opposition to the motion.[4]

I note first that the State has only recently filed a return of the writ[5] together with its submission of the underlying record of proceedings. Kerr, in turn, responded with a traverse[6] filed the same day as the present motion re-presenting his motion for summary judgment.[7]

---

[1] ECF # 8.

[2] ECF # 1.

[3] ECF # 16.

[4] ECF # 17.

[5] ECF # 14.

[6] ECF # 15.

[7] ECF # 16.

In this current motion, I further note that Kerr has denied that the state court record is entitled to a presumption of correctness.[8]

As the State observes, summary judgment is not allowed when material facts are in dispute.[9] Here, Kerr's claim that the state court's factual findings are incorrect of itself alleges a dispute as to material facts underlying this conviction.

Thus, I recommend that without prejudice to a final disposition of the petition upon full review, the present motion for summary judgment be denied.

Dated: February 9, 2016                              s/ William H. Baughman, Jr.
                                                     United States Magistrate Judge

---

[8] *Id*. at 3.

[9] ECF # 17 at 1.