**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JEREMY KERR, )<br>)<br>Petitioner, )<br>)<br>-vs- )<br>)<br>NEIL TURNER, )<br>)<br>Respondent. )<br>)<br>) | Case No. 3:15cv2006<br><br><br><br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>ORDER |

On September 28, 2015, Petitioner filed a *pro se* Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254 (Dkt. #1). The case was referred to Magistrate Judge Baughman pursuant to Local Rule 72.2. On December 21, 2015, Petitioner filed a Motion for Summary Judgment. On February 9, 2016, the Magistrate Judge recommended that Petitioner's Motion be denied (Dkt. # 19).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985);

Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Baughman's Report and Recommendation is **ADOPTED** and Petitioner's Motion for Summary Judgment (Dkt.#16) is **DENIED,** without prejudice to a final disposition of the Petition upon full review.

**IT IS SO ORDERED.**

**Dated: 2/29/2016**

 *S/Christopher A. Boyko*
**CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE**